IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

        Plaintiff,

vs.                                      CASE NO. 4:08cv66-SPM/WCS

JOHN DAILY, et al.,

        Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 3) dated February 13, 2008. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's Report and Recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 14th day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO. 4:08cv66-SPM/WCS